# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRACEY TRAHAN AND PUKY'S                                    NO.   2024 CW 0204
SEAFOOD LLC

VERSUS

TECHE TOWING, INC. AND                                      **JUNE 3, 2024**
MANSON CONSTRUCTION CO.

---

In Re:    Manson  Construction  Co.,  applying  for  supervisory
          writs,  16th  Judicial  District  Court,  Parish  of  St.
          Mary, No. 134950.

---

**BEFORE:    WELCH, WOLFE, AND STROMBERG, JJ.**

   **WRIT DENIED.**

                              **JEW**
                              **EW**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT